```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CESAR SANCHEZ,
                Plaintiff              STIPULATION OF
        -against-                      ADJOURNMENT

ELIAS CAR SALES, INC.,                 Index No.: 08 CIV 6002 (PKL)

                Defendant
------------------------------------X
```

The above parties, through counsel hereby stipulate and agree with permission of the Court that the Rule 26 conference scheduled for September 4, 2008 at 10am is hereby adjourned until October 2, 2008 at 10am.

S/

_____
Lember g & Associates L.L.C.
Attorneys for Plaintiff
30 Oak Street, Suite 401
Stamford. CT 06905
(203) 653-2250
By: Sergei Lemberg, Esq. (SL 6331)

S/

_____
Law Office of Cesar Gonzalez Jr.
Attorney for Defendant
840 Grand Concourse, Suite 1BB
Bronx. New York 10451
(718) 292-3154
By: Cesar Gonzalez Jr., Esq. (CG 9974)